| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT** Emergency Warrant Request | | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 871981 | **DATE** 02/17/2021 |
|---|---|---|---|---|---|
| **NAME** BROWN, Willie Quawn | | **OFFICER** David Smith | **JUDGE** Paul D. Borman | **DOCKET #** 14-CR-20561-01 | |
| **ORIGINAL SENTENCE DATE** 05/18/2015 **COMMENCED** 10/27/2020 **EXPIRATION** 06/28/2022 | **SUPERVISION TYPE** Supervised Release | **CRIMINAL HISTORY CATEGORY** VI | **TOTAL OFFENSE LEVEL** 23 | **PHOTO** | |
| **ASST. U.S. ATTORNEY** Susan Fairchild | | **DEFENDANT ATTORNEY** Todd Shanker | | | |
| **REPORT PURPOSE** **EMERGENCY JUDICIAL RESPONSE REQUESTED** | | | | | |
| **ORIGINAL OFFENSE** Count 1s: 18 U.S.C. § 922(j), 18 U.S.C. § 924(a)(2) – Possession of a Stolen Firearm. | | | | | |

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 92 months, to be followed by a 36-month term of supervised release.

Amended Sentence: October 19, 2020: Compassionate Release. Reduced to Time Served. The Court imposes supervised release for the remainder of the unserved portion of his original term of imprisonment, with the special condition of home confinement. The Court will require weekly drug testing-Zero Tolerance. All other conditions of the original judgment remain in full force and effect.

**ORIGINAL SPECIAL CONDITIONS**

1. The defendant shall participate in a program approved by the Probation Department for mental health counseling. If Necessary.
2. The defendant shall participate in a program approved by the Probation Department for substance abuse which program may include testing to determine if the defendant has reverted to the use of drugs or alcohol. If Necessary.

   Criminal Monetary Penalty: Special Assessment $100.00 (paid).

| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT** Emergency Warrant Request | **U. S. Probation Office** Eastern District of Michigan | PACTS 871981 | DATE 02/17/2021 |
|---|---|---|---|---|
| **NAME** BROWN, Willie Quawn | | **OFFICER** David Smith | **JUDGE** Paul D. Borman | **DOCKET #** 14-CR-20561-01 |

The probation officer believes that the offender has violated the following condition(s) of Supervised Release:

[X] New Criminal Charges       [X] Violent Conduct

[ ] Whereabouts Unknown (Absconder)       [ ] Other

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **VIOLATION OF MANDATORY CONDITION:** "THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME"<br><br>On February 15, 2021, at 7:40 p.m., the offender got into an altercation with his girlfriend, Janeya Pollard, at their home. It is reported that the offender exhibited a fit of uncontrolled rage and anger. He threw a bottle against an interior wall and smashed a wall mirror in the home. The offender then physically attacked Ms. Pollard and threatened her life. He reportedly grabbed her by her neck and choked her to the point where she was unable to breath. A friend of Ms. Pollard attempted to assist her and make the offender stop his assault. It is noted that the Ms. Pollard's small children and friends also witnessed the assault. Ms. Pollard was able to break free, left the home, and called 911 for assistance. Police responded to the home and arrested the offender without further incident. He remains in custody pending arraignment in Court.<br><br>It is noted that the offender's mental well-being appears to be deteriorating recently. On February 12, 2021, the offender became upset with the probation officer and stated via text "I know you already read my file and you know I really don't give a damn about the law so I don't give a damn if you lock me back up you are pushing me man with all the bull****". |

| PROB 12C-2 (Rev. 08/18) | **VIOLATION REPORT** Emergency Warrant Request | **U. S. Probation Office** Eastern District of Michigan | PACTS 871981 | DATE 02/17/2021 |
|---|---|---|---|---|
| NAME BROWN, Willie Quawn | OFFICER David Smith | JUDGE Paul D. Borman | | DOCKET # 14-CR-20561-01 |

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** David Smith/jdj 313 234-5448 | DISTRIBUTION Court |
|---|---|
| SUPERVISING PROBATION OFFICER Steven M. Ely 313 234-5583 | PROBATION ROUTING Data Entry |

**RECOMMENDING TO THE COURT**

[ ]   To issue a warrant

## Superseding Violation Report will follow

**THE COURT ORDERS:**

[X]   The issuance of a Warrant

[ ]   Other

s/Paul D. Borman  
United States District Judge

2/17/2021  
Date